# Court of Appeals
# of the State of Georgia

ATLANTA,___May 06, 2014_____

*The Court of Appeals hereby passes the following order:*

## A14A1525. DELVIN HENDERSON v. KEY PROPERTY SERVICES, LLC.

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendant Delvin Henderson appealed the magistrate court's decision to the superior court. The superior court affirmed the magistrate court's judgment and issued a writ of possession in favor of Key Property Services. Henderson filed this direct appeal. We, however, lack jurisdiction.

Because the order at issue disposes of a de novo appeal from a magistrate court decision, Henderson was required to follow the discretionary appeal procedures. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). The fact that the notice of appeal he filed in the trial court incorporates a full-blown brief does not relieve him of his duty to file a timely application in this Court. See OCGA § 5-6-35 (d). Henderson did not follow the proper procedure for requesting discretionary review in this case. We therefore lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*_05/06/2014_____
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*